THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
William Barnes,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-074
Submitted November 19, 2003  Filed 
 February 12, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant. 
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  William Barnes appeals the 
 revocation of his probation on a conviction for assault and battery of a high 
 and aggravated nature.  Counsel for Barnes attached to the final brief a petition 
 to be relieved as counsel.  Barnes did not file a separate pro se response.  

After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Barnes appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.